IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:98-cr-00019-MP-17

HARRY ALONSO,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1567, Motion to unseal the remainder of the documents that remain under seal by Harry Alonso. Defendant Harry Alonso is currently facing extradition proceedings before the City of Westminster Magistrates' court in London, England. Defendant's previous cooperation with U.S. authorities has become relevant in his extradition proceedings. The Court previously unsealed defendant's motion for substantial assistance. Defendant moves the Court to temporarily unseal the remaining documents to allow their inspection by counsel. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Clerk is directed to send a copy of requested documents to defendant's counsel.

**DONE AND ORDERED** this __7th__ day of September, 2011



*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge